**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>WESTERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Norse Energy Holdings, Inc.,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *76-0214013* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*2500 Tanglewilde Street*<br>*Suite 250*<br>*Houston, TX*        ZIPCODE *77063* | Street Address of Joint Debtor (No. & Street, City, and State):<br>       ZIPCODE |
| County of Residence or of the Principal Place of Business: *Harris* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Norse Energy Holdings, Inc., a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet)

| Name of Debtor: *Norse Energy Corp. USA* | Case Number: *12-13685-CLB* | Date Filed: *12/6/2012* |
|---|---|---|
| District: *Western District of New York* | Relationship: *Affiliate* | Judge: *Carl L. Bucki* |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X        *12/07/2012* <br> Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Norse Energy Holdings, Inc., a Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed name of Foreign Representative) _____ (Date) |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X */s/ Janet G. Burhyte* Signature of Attorney for Debtor(s) **Janet G. Burhyte** Printed Name of Attorney for Debtor(s) **Gross, Shuman, Brizdle & Gilfillan, P.C.** Firm Name **465 Main Street** Address **Suite 600** **Buffalo, NY 14203** **716-854-4300** Telephone Number **12/07/2012** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ S. Dennis Holbrook* Signature of Authorized Individual **S. Dennis Holbrook** Printed Name of Authorized Individual **Chief Legal Officer** Title of Authorized Individual **12/07/2012** Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Norse Energy Holdings, Inc.*  
*a Corporation*  
_____,  
Debtor(s)

Case No.  
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>L.J. Stein & Company, Inc.<br>71 E. Fairmount Avenue<br>Lakewood NY 14750-1811 | Phone:<br>L.J. Stein & Company, Inc.<br>71 E. Fairmount Avenue<br>Lakewood NY 14750-1811 | Trade Debt | | $ 18,273.37 |
| 2<br>Experis US Inc.<br>PO Box 905378<br>Charlotte NC 28290-5378 | Phone:<br>Experis US Inc.<br>PO Box 905378<br>Charlotte NC 28290-5378 | Trade Debt | | $ 17,875.00 |
| 3<br>OTC Markets Group Inc.<br>PO Box 29959<br>New York NY 10087-9959 | Phone:<br>OTC Markets Group Inc.<br>PO Box 29959<br>New York NY 10087-9959 | Trade Debt | | $ 15,000.00 |
| 4<br>Penncomp, LLC<br>PO Box 10570<br>Houston TX 77206 | Phone:<br>Penncomp, LLC<br>PO Box 10570<br>Houston TX 77206 | Trade Debt | | $ 10,328.41 |
| 5<br>Verian Technologies LLC<br>1245 Rosemont Drive<br>Indian Land SC 29707 | Phone:<br>Verian Technologies LLC<br>1245 Rosemont Drive<br>Indian Land SC 29707 | Trade Debt | | $ 8,330.00 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>ProvisHR LLC<br>PO Box 41311<br>Houston TX 77241 | Phone:<br>ProvisHR LLC<br>PO Box 41311<br>Houston TX 77241 | Trade Debt | | $ 7,000.00 |
| 7<br>Humana Insurance Company<br>PO Box 533<br>Carol Stream IL 60132-0533 | Phone:<br>Humana Insurance Company<br>PO Box 533<br>Carol Stream IL 60132-0533 | | | $ 4,612.93 |
| 8<br>Don Sumners, CPA, RTA<br><br>PO Box 3547<br>Houston TX  77253-3547 | Phone:<br>Don Sumners, CPA, RTA<br>Tax Assessor-Collector<br>Houston TX 77253-3547 | Trade Debt | | $ 2,630.84 |
| 9<br>Citrix Online<br>File 50264<br>Los Angeles CA 90074-0264 | Phone:<br>Citrix Online<br><br>Los Angeles CA 90074-0264 | Trade Debt | | $ 1,124.76 |
| 10<br>FedEx<br>PO Box 371461<br>Pittsburgh PA 15250-7461 | Phone:<br>FedEx<br>PO Box 371461<br>Pittsburgh PA 15250-7461 | Trade Debt | | $ 1,015.42 |
| 11<br>Konica Minolta Business Sol<br>21146 Network Place<br>Chicago IL 60673-1211 | Phone:<br>Konica Minolta Business Sol<br>21146 Network Place<br>Chicago IL 60673-1211 | Trade Debt | | $ 576.32 |
| 12<br>ADP, Inc.<br>PO Box 842875<br>Boston MA 02284-2875 | Phone:<br>ADP, Inc.<br>PO Box 842875<br>Boston MA 02284-2875 | Trade Debt | | $ 108.53 |
| 13<br>Mirex Aquapure Solutions<br>2105 Silber Road, Suite 101<br>Houston TX 77055 | Phone:<br>Mirex Aquapure Solutions<br>2105 Silber Road, Suite 101<br>Houston TX 77055 | Trade Debt | | $ 102.84 |

_____ ,
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Shred-It Pittsburgh<br>PO Box 29873<br>New York NY 10087-9873 | Phone:<br>Shred-It Pittsburgh<br>PO Box 29873<br>New York NY 10087-9873 | Trade Debt | | $ 82.85 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *S. Dennis Holbrook* , *Chief Legal Officer* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *12/7/2012*     Signature */s/ S. Dennis Holbrook*
                           Name: *S. Dennis Holbrook*
                           Title: *Chief Legal Officer*

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Norse Energy Holdings, Inc.*
    *a Corporation*

Case No.
Chapter *11*

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

    The undersigned S. Dennis Holbrook is Chief Legal Officer of Norse Energy Holdings, Inc., a corporation. On the following resolution was duly adopted by the of this corporation.

    "WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

    "NOW, THEREFORE, BE IT RESOLVED, that S. Dennis Holbrook, Chief Legal Officer of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

    "BE IT FURTHER RESOLVED, that S. Dennis Holbrook, Chief Legal Officer of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

    "BE IT FURTHER RESOLVED, that S. Dennis Holbrook, Chief Legal Officer of this corporation, be and hereby is, authorized and directed to employ Janet G. Burhyte, Attorney and the law firm of Gross, Shuman, Brizdle & Gilfillan, P.C., to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

   I, S. Dennis Holbrook, Chief Legal Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date    12/07/2012          Signature    */s/ S. Dennis Holbrook*
                                                                          S. Dennis Holbrook
                                                                          Chief Legal Officer

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Norse Energy Holdings, Inc., a Corporation*  
Case No.  
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Janet G. Burhyte*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/07/2012*

*/s/ S. Dennis Holbrook*  
Debtor

ADP, Inc.
PO Box 9001006
Louisville, KY  40290-1006

ADP, Inc.
PO Box 7247-0372
Philadelphia, PA  19170-0372

ADP, Inc.
PO Box 842875
Boston, MA  02284-2875

AGCS Marine Insurance Company
PO Box 0522
Carol Stream, IL  60132-0522

Akin Gump
Dept. 7247-6838
Philadelphia, PA  19170-6838

American Express
PO Box 1270
Newark, NJ  07101-1270

Aquatic Design & Maintenance
150 S. Chapel Dr.
Wexford, PA  15090-8839

Armstrong
PO Box 37749
Philadelphia, PA  19101-5049

AT&T Mobility
PO Box 6463
Carol Stream, IL  60197-6463

The Bank of New York Mellon
101 Barclay St. - 15E
New York, NY  10286

Bankcard Center
PO Box 30833
Salt Lake City, UT  84130-0833

BDO USA LLP
Attn:  Clark Sackschewsky
333 Clay St., Suite 4700
Houston, TX  77002

BDO USA LLP
PO Box 31001-0860
Pasadena, CA  91110-0860

Citrix Online
Los Angeles, CA  90074-0264

Citrix Online  
File 50264  
Los Angeles, CA   90074-0264

Comcast  
PO Box 660618  
Dallas, TX   75266-0618

Computer Solutions  
2005 West 8th Street  
Erie, PA   16505

Consolidated Communications  
PO Box 66523  
St. Louis, MO   63166-6523

CT Corporation  
PO Box 4349  
Carol Stream, IL   60197-4349

Culligan  
PO Box 77043  
Minneapolis, MN   55480-7743

Delaware Secretary of State  
PO Box 5509  
Binghamton, NY   13902-5509

Dell Business Credit  
PO Box 5275  
Carol Stream, IL   60197-5275

Deloitte & Touche, LLP  
PO Box 7247-6446  
Philadelphia, PA    19170-6466

Department of Treasury  
Ogden Service Center  
Ogden, UT   84409

E.B. Archbald & Associates, Inc.  
205 NW 63rd Street  
Oklahoma City, OK   73116

Experis US Inc.  
PO Box 905378  
Charlotte, NC   28290-5378

FedEx  
PO Box 371461  
Pittsburgh, PA   15250-7461

First Metlife Investors  
PO Box 371487  
Pittsburgh, PA   15250-7487

GE Capital
PO Box 41564
Philadelphia, PA  19101-1564

HAB-LST
PO Box 906
Bangor, PA  18013-0906

Halogen Software
495 March Road, Suite 500
Kanata, Ontario  K2K 3G1

Highmark Blue Shield
PO Box 382069
Pittsburgh, PA  15251-8069

Highmark Blue Shield
PO Box 382146
Pittsburgh, PA  15250-8146

HN Venture, LP
300 Northpointe Circle
Seven Fields, PA  16046

Humana Insurance Company
PO Box 533
Carol Stream, IL  60132-0533

IKON Financial Services
PO Box 41564
Philadelphia, PA  19101-1564

IPAA
PO Box 79584
Baltimore, MD  21279-0584

Iron Mountain
PO Box 915004
Dallas, TX  75391-5004

Konica Minolta Business
Dept. 2366, PO Box 122366
Dallas, TX  75312-2366

Konica Minolta Business Sol
21146 Network Place
Chicago, IL  60673-1211

Kore Technologies LLC
PO Box 420728
San Diego, CA  92142-0728

Kress Employment Screening Inc.
320 Westcott Street
Houston, TX  77007

L.J. Stein & Company, Inc.
71 E. Fairmount Avenue
Lakewood, NY  14750-1811

Lincoln Financial Group
PO Box 7247-0347
Philadelphia, PA  19170-0347

Lincoln National Life
PO Box 0821
Carol Stream, IL  60132-0821

Mailfinance
25881 Network Place
Chicago, IL  60673-1258

Massachusetts Mutual Life
11 Stanwix St., Suite 1200
Pittsburgh, PA  15222

Minuteman Press
20325 Route 19
Cranberry Townsh, PA  16066

Mirex Aquapure Solutions
2105 Silber Road, Suite 101
Houston, TX  77055

Neopost USA Inc.
25880 Network Place
Chicago, IL  60673-1258

NYS Dept. of Taxation & Finance
Collection & Civil
Albany, NY  12227-0001

Oklahoma Tax Commission
PO Box 26930
Oklahoma City, OK  73126-0930

OTC Markets Group Inc.
PO Box 29959
New York, NY  10087-9959

P2ES Holdings Inc.
Dept. 2365
Dallas, TX  75312-2365

Penncomp, LLC
PO Box 10570
Houston, TX  77206

Pitney Bowes Global Fin Svcs.
PO Box 371887
Pittsburgh, PA  15250-7887

Plant Interscapes, Inc.
6436 Babcock Rd.
San Antonio, TX  78249

Preferred Data Imaging Inc.
PO Box 10597
Canoga Park, CA  91309

The Production Companies Inc.
One Greenway Plaza
Houston, TX  77046

ProvisHR LLC
PO Box 41311
Houston, TX  77241

Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

Quill Corporation
PO Box 37600
Philadelphia, PA  19101-0600

Sherrard, German & Kelly, P.C.
28th Floor, Two PNC Plaza
Pittsburgh, PA  15222

Shred-It Pittsburgh
PO Box 29873
New York, NY  10087-9873

Standard & Poors
2542 Collection Center
Chicago, IL  60693

State Comptroller
PO Box 149359
Austin, TX  78714-9359

Steelhammer & Miller, P.C.
Three Riverway
Houston, TX  77056

Sufrin Supplies
180 John Glenn Drive
Amherst, NY  14228

Don Sumners, CPA, RTA
Tax Assessor-Collector
Houston, TX  77253-3547

Don Sumners, CPA, RTA
Tax Assessor-Collector
PO Box 3547
Houston, TX  77253-3547

```
Symtrax
5777 W. Century Blvd.
Los Angeles, CA  90045


SyncBASE Inc.
85 Curlew Drive
Toronto, Ontario  M3A 2P8


The Lee Thompson Company
2313 Langston
Houston, TX  77007


UMB Hsas Processing
PO Box 219490
Kansas City, MO  64121-9490


United Concordia Life
PO Box 827399
Philadelphia, PA  19182-7399


United States Treasury
Cincinnati, OH   45999-0039


United States Treasury
PO Box 219690
Kansas City, MO  64999-0202


Verian Technologies LLC
1245 Rosemont Drive
Indian Land, SC  29707


Verizon Conferencing
Dept. Ch 10305
Palatine, IL  60055-0305


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL  60197-6434


Woodlake TX Properties, Ltd.
2500 Tanglewilde St.
Houston, TX  77063


XO Communications Svcs. Inc.
14239 Collection Center
Chicago, IL  60693


Norse Energy Corp. ASA
```

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *Norse Energy Holdings, Inc., a Corporation*

Case No.
Chapter *11*

/ Debtor

Attorney for Debtor: *Janet G. Burhyte*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Norse Energy Corp. ASA* | | *100% stockholder* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *S. Dennis Holbrook*, *Chief Legal Officer* of the *corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *12/07/2012*　　　　　　　　　　　　Signature: */s/ S. Dennis Holbrook*
　　　　　　　　　　　　　　　　　　　　　Name: *S. Dennis Holbrook*
　　　　　　　　　　　　　　　　　　　　　Title: *Chief Legal Officer*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                                    Case No. _____
                                                                        Chapter _____

Debtor
_____/

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP**

**The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name: _____
Address:_____

Name:_____
Address:_____

**(For additional names, attach an addendum to this form)**

**There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____                                    _____
                                                                             Signature of Authorized Individual
                                                                             For Corporation Debtor

                                                                             _____
                                                                             Print Name

                                                                             _____
                                                                             Title